# Order

Michigan Supreme Court
Lansing, Michigan

June 2, 2021

161521 & (45)(46)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN WAYNE McPHERSON,
      Defendant-Appellant.

SC: 161521
COA: 347184
Jackson CC: 18-004024-FH

_____/

On order of the Court, the application for leave to appeal the May 14, 2020 judgment of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals. We REMAND this case to the Jackson Circuit Court for an evidentiary hearing pursuant to *People v Ginther*, 390 Mich 436 (1973), regarding whether the defendant's trial counsel rendered constitutionally ineffective assistance by: (1) failing to object under MRE 404(b) to the prosecutor's questions during the cross-examination of the defendant, see *People v Wilder*, 502 Mich 57 (2018); (2) presenting a diminished capacity defense, see *People v Carpenter*, 464 Mich 223, 241 (2001); and (3) failing to investigate and pursue an insanity defense based on the defendant's post-traumatic stress disorder. The motion to remand and motion to expand the record are DENIED.

We further ORDER the Jackson Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



Clerk

t0526